**Motion Granted and Order filed December 3, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00537-CR
_____

**JUAN MENDOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1469905**

## ORDER

The State filed a motion to seal or strike appellant's brief because it discloses the name of a child victim of family violence under the age of 17. *See* Tex. Code Crim. Proc. Art. 57B.02(h). The motion to strike is GRANTED. Accordingly, appellant is ordered to file a brief that does not contain the name of a child victim of family violence under the age of 17.

Appellant's brief is due within 10 days of the date of this order.

PER CURIAM